**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 02-7860**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

HOSEA FANADISE HAMPTON,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  Frank W. Bullock, Jr., District Judge.  (CR-99-320, CA-02-324-1)

———————————

Submitted:  February 6, 2003          Decided:  February 13, 2003

———————————

Before WILKINS, MICHAEL, and SHEDD, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Hosea Fanadise Hampton, Appellant Pro Se. Steven Hale Levin, OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Hosea Fanadise Hampton seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude for the reasons stated by the district court that Hampton has not made a substantial showing of the denial of a constitutional right. See United States v. Hampton, Nos. CR-99-320; CA-02-324-1 (M.D.N.C. Oct. 7, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2